UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A.W.,<br>Plaintiff.<br>v.<br>SSA COMMISSIONER, et al.,<br>Defendants. | Case No. 26-cv-02952-LJC<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 17 |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X) **Decision by Court.** This action came before the Court for submission on a stipulated order for remand. The issues have been presented and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff.

Dated: October 23, 2026

Mark B. Busby, Clerk of Court

Brittany Sims

Brittany Sims
Deputy Clerk

United States District Court
Northern District of California